JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| People of the State of California, | CV 14-9744 PA (AGRx) |
| Plaintiff, | JUDGMENT |
| v. | |
| Bank of America Corporation; Bank of America, N.A.; Countrywide Financial Corporation; Countrywide Home Loans; and Countrywide Bank, FSB | |
| Defendants. | |

Pursuant to the Court's February 2, 2015 Minute Order dismissing this action without prejudice for lack of subject matter jurisdiction and because plaintiff had impermissibly split its claim making this a second duplicative action,

IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that this action is dismissed without prejudice for lack of subject matter jurisdiction.

IT IS FURTHER ORDERED, ADJUDGED, AND DECREED that in the alternative, and to the extent plaintiff could be considered to have asserted a federal claim, this action is nevertheless dismissed without prejudice because plaintiff engaged in impermissible claim-splitting.

1  IT IS FURTHER ORDERED, ADJUDGED, AND DECREED that plaintiff take nothing and that defendants shall have their costs of suit.

IT IS SO ORDERED.

DATED: February 2, 2015

_____
Percy Anderson
UNITED STATES DISTRICT JUDGE